PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jennifer Renee Talbert**　　　　　　　　　　　　　　　Docket No. 5:21-CR-169-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel J. Heimrich, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jennifer Renee Talbert, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 6th day of May, 2021.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant obtained a substance abuse assessment with Integrated Behavioral Healthcare Services on May 20, 2021 and has been participating in substance abuse treatment as recommended. On June 8, 2021, this officer was contacted by the defendant's treatment provider who recommended that the defendant obtain a mental health evaluation. In an effort to effectively monitor the defendant's mental health, it is recommended that the defendant's pretrial conditions be modified to include our standard mental health condition. The defendant has signed a waiver agreeing to the proposed modification of her pretrial conditions. Furthermore, the defendant's attorney and assistant United States Attorney were contacted, and they have no objection to the modification.

### PRAYING THAT THE COURT WILL ORDER

- The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　　/s/ Daniel J. Heimrich
Eddie J. Smith　　　　　　　　　　　　　　　Daniel J. Heimrich
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2531
　　　　　　　　　　　　　　　　　　　　　　Executed On: June 17, 2021

### ORDER OF THE COURT

Considered and ordered the __21__ day of __June__, 2021, and ordered filed and made part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge