UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-00169-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER TO SEAL |
| | : | |
| JENNIFER RENEE TALBERT | : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 18 be sealed and remain so sealed until further ordered by the Court.

It is FURTHER ORDERED that that copies of Docket Entry Number 18 be disseminated to counsel for the Government and counsel for the Defendant.

IT IS SO ORDERED, this the 29 day of June, 2021.

JAMES C. DEVER III
United States District Judge