IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:21-CR-00169-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| JENNIFER RENEE TALBERT ) | |
| ) | |

Upon motion of the Defense, it is hereby ORDERED that Docket Entry Number 24 be sealed and remain so sealed until further ordered by the Court.

It is FURTHER ORDERED that copies of Docket Entry Number 24 be disseminated to counsel for the Defendant and counsel for the Government.

IT IS SO ORDERED, this the 16 day of September, 2021.

JAMES C. DEVER III
United States District Judge