IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:21-CR-00169-D-1

UNITED STATES OF AMERICA )
)
v. )
)
JENNIFER RENEE TALBERT )
)

## ORDER

This matter is before the Court on a joint motion to continue sentencing. For good cause shown, it is hereby **ORDERED** that the motion to continue the sentencing in this matter is **GRANTED**. The sentencing hearing in this matter shall be continued to the Court's December, 2022 Term of Court.

**IT IS FURTHER ORDERED** that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.** This 1 day of September, 2022.

JAMES C. DEVER III
United States District Judge