IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-169-D
No. 5:24-CV-476-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JENNIFER RENEE TALBERT, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motion for compassionate release [D.E. 112] not later than January 11, 2027.

SO ORDERED. This 17 day of November, 2026.

JAMES C. DEVER III
United States District Judge